IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD RAYMOND BOOS,

    Plaintiff,

v.

TOMAHAWK POLICE DEPT.,

    Defendants.

ORDER

Case No. 22-cv-442-wmc

---

    This case was closed after plaintiff did not respond to the order dated August 18, 2022, directing plaintiff to submit a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint in support of his request to proceed without prepayment of the filing fee. Now plaintiff has submitted an amended complaint and a request to proceed without prepayment of the filing fee.

    For the court to evaluate plaintiff's request, he must submit a certified copy of a certified copy of a recent six-month prisoner trust fund account statement (or institutional equivalent. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the amended complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff James Edward Raymond Boos may have until November 3, 2022 to submit a trust fund account statement for the period beginning approximately April 5, 2022 and ending approximately October 5, 2022. If, by November 3, 2022, plaintiff fails to respond to this order, or show cause for his failure to do so, this case will remain closed.

Entered this 13th day of October, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge